163

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 3 0 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE AND MARY GRACIA, ET AL | * | |
| | * | |
| VS. | * | CIVIL ACTION No. B-91-146 |
| | * | |
| BROWNSVILLE HOUSING AUTHORITY, ET AL | * | |

ORDER

BE IT REMEMBERED that on this day came on to be considered movant JOSE GRACIA's *Application to Withdraw Funds* in the above entitled and numbered cause; the Court, having considered said relief requested, is of the opinion that said motion is in all things GRANTED.

IT IS, THEREFORE, DECREED, ORDERED AND ADJUDGED that the Clerk of the Court of the U. S. District Court, Southern District, Brownsville Division, shall disburse the sum of SEVEN HUNDRED THIRTY-SIX AND 21/100 DOLLARS ($736.21) to ADAM GRACIA, c/o Joseph A. Rodriguez, Rodriguez, Colvin & Chaney, L.L.P., P. O. Box 2155, Brownsville, Texas 78522, and said money is to be expended for the benefit of said minor to wit:

1. FOUR HUNDRED FIFTY-ONE AND 15/100 DOLLARS ($451.15) for payment of the balance in full for tuition to the University of Houston for ADAM GRACIA for the semester.

2. TWO HUNDRED EIGHTY-FIVE AND 06/100 DOLLARS ($285.06), for payment of the cost of required college books to ADAM GRACIA for ADAM GRACIA for the semester.

Signed for entry on this 30th day of November, 1998.

_____
JUDGE PRESIDING