*165*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 2 6 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE AND MARY GRACIA, ET AL | * | |
| | * | |
| VS. | * | CIVIL ACTION No. B-91-146 |
| | * | |
| BROWNSVILLE HOUSING | * | |
| AUTHORITY, ET AL | * | |

## ORDER

BE IT REMEMBERED that on this day came on to be considered movant JOSE GRACIA's *Application to Withdraw Funds* in the above entitled and numbered cause; the Court, having considered said relief requested, is of the opinion that said motion is in all things GRANTED.

IT IS, THEREFORE, DECREED, ORDERED AND ADJUDGED that the Clerk of the Court of the U. S. District Court, Southern District, Brownsville Division, shall disburse the sum of FOUR HUNDRED NINETY-FOUR AND NO/100 DOLLARS ($494.00) to ADAM GRACIA, 4031 Oakrun Drive, Humble, Texas 77396, and said money is to be expended for the benefit of said minor to wit:

1. FOUR HUNDRED NINETY-FOUR AND NO/100 DOLLARS ($494.00) for payment of the Spring college tuition to the University of Houston for ADAM GRACIA.

SIGNED THIS 26TH DAY OF JAN 1999, AT BROWNSVILLE, TEX.

_____
JUDGE PRESIDING

```
CASE:        1:96-cv-00005
DOCUMENT:    145
DATE:        01/26/99

CLERK:       og
```

ClibPDF - www.fastio.com

148

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 2 6 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ESTELLA SANCHEZ, Individually and as Representative of the Estate of Reosvaldo Sanchez, Deceased, et al. | § § § § § § | |
| | § | C. A. No. B-96-005 |
| VS. | § | (Jury Demanded) |
| | § § § | |
| MAGNETEK, INC., et al. | § | |

## ORDER

ON THE DATE set out below, came on to be heard the Agreed Motion To Enlarge, and the Court, having reviewed the pleadings and arguments of counsel, believes the motion is well taken and should be in all things granted. It is, therefore,

ORDERED ADJUDGED AND DECREED that the Stipulation described in the Court's order of December 14, 1998 shall be filed on or before January 29, 1999.

DONE in Brownsville, Texas this 22 day of JAN, 1999.

By: _____
Judge Presiding

G:\WP51\DOCS\KASOFSKY\MISC\COOPER1.TXT

```
CASE:       1:99-cv-00001
DOCUMENT:   6
DATE:       01/26/99

CLERK:      og
```

1mv

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 2 6 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

LINETTE GALDIS ABREGO, ET AL    *

    VS                              *  C.A. NO. B99 001

E.M. TROMINSKI, INS Director,   *
et al

## ORDER RESETTING HEARING

The **show cause hearing** in the above-captioned and numbered cause of action is hereby reset from February 3, 1999, to **February 9, 1999,** at 10:00 a.m.

DONE at Brownsville, Texas, this 26th day of January, 1999.

_____
John Wm. Black
United States Magistrate Judge
2nd Floor, Courtroom No. 2
1001 E. Elizabeth
Brownsville, TX  78520