167

United States District Court
Southern District of Texas
ENTERED

MAY 0 6 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOSE AND MARY GRACIA, ET AL * | |
| * | |
| VS. * | CIVIL ACTION No. B-91-146 |
| * | |
| BROWNSVILLE HOUSING * | |
| AUTHORITY, ET AL * | |

## ORDER

BE IT REMEMBERED that on this day came on to be considered movant JOSE GRACIA's *Application to Withdraw Funds* in the above entitled and numbered cause; the Court, having considered said relief requested, is of the opinion that said motion is in all things GRANTED.

IT IS, THEREFORE, DECREED, ORDERED AND ADJUDGED that the Clerk of the Court of the U. S. District Court, Southern District, Brownsville Division, shall disburse the sum of NINE HUNDRED EIGHTY-SEVEN AND NO/100 DOLLARS ($987.00) to ADAM GRACIA, 4031 Oakrun Drive, Humble, Texas 77396, and said money is to be expended for the benefit of said minor to wit:

1.   NINE HUNDRED EIGHTY-SEVEN AND NO/100 DOLLARS ($987.00) for payment of the Summer college tuition to the University of Houston for ADAM GRACIA.

SIGNED THIS 5th day of May, 1999, at Brownsville, Texas.

_____
JUDGE PRESIDING