173

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 3 0 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE AND MARY GRACIA, ET AL | * | |
| | * | |
| VS. | * | CIVIL ACTION No. B-91-146 |
| | * | |
| BROWNSVILLE HOUSING AUTHORITY, ET AL | * | |
| | * | |

## ORDER

BE IT REMEMBERED that on this day came on to be considered movant JOSE GRACIA's *Application to Withdraw Funds* in the above entitled and numbered cause; the Court, having considered said relief requested, is of the opinion that said motion is in all things GRANTED.

IT IS, THEREFORE, DECREED, ORDERED AND ADJUDGED that the Clerk of the Court of the U. S. District Court, Southern District, Brownsville Division, shall disburse the sum of ONE THOUSAND EIGHT HUNDRED FORTY-ONE AND 78/100 DOLLARS ($1,841.78), from interest, if applicable, and the remaining from principal, to ADAM GRACIA, 4031 Oakrun Drive, Humble, Texas 77396, and said money is to be expended for the benefit of said minor to wit:

1.   ONE THOUSAND EIGHT HUNDRED FORTY-ONE AND 78/100 DOLLARS ($1,841.78) for outstanding balances due for the summer of 1999 and the fall of 1999 college tuition and fees to the University of Houston for ADAM GRACIA.

SIGNED THIS 27th day of September, 1999, at Brownsville, Texas.

_____
JUDGE PRESIDING