175

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE AND MARY GRACIA, ET AL | § | |
| | § | |
| VS. | § | CIVIL ACTION No. B-91-146 |
| | § | |
| BROWNSVILLE HOUSING | § | |
| AUTHORITY, ET AL | § | |

United States District Court
Southern District of Texas
ENTERED
JAN 04 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

**BE IT REMEMBERED** that on this day came on to be considered movant JOSE GRACIA's *Application to Withdraw Funds* in the above entitled and numbered cause; the Court, having considered said relief requested, is of the opinion that said motion is in all things GRANTED.

**IT IS, THEREFORE, DECREED, ORDERED AND ADJUDGED** that the Clerk of the Court of the U. S. District Court, Southern District, Brownsville Division, shall disburse the sum of THREE THOUSAND SEVEN HUNDRED SIXTY-NINE AND 65/100 DOLLARS ($3,769.65), plus any accrued interest earned, if applicable, and the remaining from principal, to ADAM GRACIA, 4031 Oakrun Drive, Humble, Texas 77396, and said money is to be expended for the benefit of said minor to wit:

1. THREE THOUSAND SEVEN HUNDRED SIXTY-NINE AND 65/100 DOLLARS ($3,769.65), plus any accrued interest earned, for outstanding balances due for the summer of 2000 and the fall of 2000 college tuition and fees to the University of Houston for ADAM GRACIA.

**SIGNED** THIS 2nd day of January, 2001, at Brownsville, Texas.

_____
JUDGE PRESIDING