September 06, 2007

Mr. Pedro Nieto, Finance Clerk.
U.S. Courts
600 E. Harrison St.
Brownsville, Texas 78520

United States District Court
Southern District of Texas
FILED

SEP 19 2007

Michael N. Milby
Clerk of Court

Reg Cause No. B91CV146
Gracia, et al. Vs. Brownsville
Housing Authority    B-91-CV-146

Christopher Gracia

Dr. Mr Nieto:

As per our last conversation call, regarding the above cause, please forward all checks to Christopher Gracia and Monica M. Gracia who are presently residing with the mother Mary L. Arvie. My current address:

~~[redacted]~~
Humble, Texas 77396
~~[redacted]~~

Please forward all checks for my two children to the above mention address.

Please call me if you have any questions

Sincerely,
Mary Garcia



SCREENED BY
U.S. MARSHALS

To: M/S. Rita Nieto-Finance Clerk
U.S. Courts
600 E. Harrison St. 78520
Brownsville, Texas 78520

MAIL
SEP 1 9 2007