






## Texas Department of Health — BUREAU OF VITAL STATISTICS

### STATE OF TEXAS — CERTIFICATE OF BIRTH

...nd a fine of up to $5,000. (Article 4477c, Revised Civil Statutes of Texas)

| | (a) First | (b) Middle | (c) Last | 2 DATE OF BIRTH |
|---|---|---|---|---|
| **CHILD** 1 NAME | CHRISTOPHER | ANTHONY | GRACIA | 1987 |

| 3 SEX | 4a PLACE OF BIRTH — COUNTY | 4b CITY OR TOWN | | |
|---|---|---|---|---|
| Male | Cameron | Harlingen | | |

4c NAME OF HOSPITAL: Valley Baptist Medical Center
4d INSIDE CITY LIMITS? Yes
5a THIS BIRTH—SINGLE, TWIN, TRIPLET, ETC: Single
5b IF TWIN OR TRIPLET, WAS CHILD BORN 1st, 2nd, 3rd:

| **FATHER** 6 NAME | Jose | Angel | Gracia, Jr. | |
|---|---|---|---|---|

7 RACE: White
8a IS FATHER OF SPANISH ORIGIN? Yes
8b IF YES, SPECIFY: Mexican-American
9 AGE: 31
10. BIRTHPLACE: Texas
11a USUAL OCCUPATION: Adult Probation Officer
11b KIND OF BUSINESS OR INDUSTRY: County

| **MOTHER** 6. NAME | Maria de la Luz | | Banda | |
|---|---|---|---|---|

12 MAIDEN NAME: Banda
13 RACE: White
14a IS MOTHER OF SPANISH ORIGIN? Yes
14b IF YES, SPECIFY: Mexican-American
15. AGE: 30
16 BIRTHPLACE: Texas
17a USUAL OCCUPATION: Substitute Teacher
17b KIND OF BUSINESS OR INDUSTRY: School District

18a RESIDENCE — STATE: Texas
18b COUNTY: Cameron
18c CITY OR TOWN: Brownsville 78520
18d INSIDE CITY LIMITS? Yes

19 Children previously: a How many other children now living? 3 — b How many other children born alive but are now dead? 0 — c How many other children were born dead after 20 weeks pregnancy? 0

20 INFORMANT: [signature] Gracia

21. I hereby certify that this child was born alive on the date stated above
22a ATTENDANT'S SIGNATURE: [signature]
22b DATE SIGNED: 12-3-87
22c ATTENDANT'S ADDRESS: H.G. Carstensen, M.D., Harlingen, Texas 78550
22d ATTENDANT AT BIRTH: M.D.

23a REGISTRAR'S FILE NO: 2439
23b DATE REC'D BY LOCAL REGISTRAR: December 29, 1987
23c SIGNATURE OF LOCAL REGISTRAR: [signature]

24 BIRTH WEIGHT: 9:07 A. M

FOR MEDICAL AND HEALTH USE ONLY (This section MUST be filled out)
25. WAS EYE PROPHYLAXIS USED?
26. WAS SEROLOGIC TEST DONE?
b) At Delivery?