September 06, 2007

Ms. Rita Nieto - Finance Clerk.
U.S. Courts
600 E. Harrison St
Brownsville, Texas 78520

United States District Court
Southern District of Texas
FILED
SEP 19 2007
Michael N. Milby
Clerk of Court

Re: Cause No. B91CV146
Gracia, et al. Vs. Brownsville
Housing Authority    B91-cv-146

Monica M Gracia

Dear Ms. Nieto:

As per our last conversation call, regarding the above cause, please forward all checks to Christopher Gracia and Monica M Gracia who are presently residing with their mother Mary L. Gracia. My current address:

~~[redacted]
Humble, Texas 77396~~

Please forward all checks for my two children to the above mention address.

Please call me if you have any
questions

Sincerely,
Mary Garcia



USA FIRST CLASS
USA FIRST CLASS

SCREENED BY
U.S. MARSHALS

MAIL
United States District Court
Southern District of Texas
RECEIVED
SEP 1 9 2007
Michael N. Milby, Clerk

To: Ms. Rita Nieto - Finance Clerk
U.S. Courts
600 E. Harrison St. #G28
Brownsville, Texas 78520