IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 28 2007

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JOSE AND MARY GRACIA, ET AL<br>  Plaintiff(s),<br><br>VS.<br>BROWNSVILLE HOUSING AUTHORITY,<br>ET AL<br>  Defendant(s). | §<br>§<br>§<br>§  CIVIL ACTION B-91-146<br>§<br>§<br>§ |

### ORDER FOR DISBURSEMENT OF MINOR'S FUND

Before the Court is an application to withdraw funds held in the Court's Registry. The funds were originally deposited into the Registry because Christopher Gracia was a minor child. The said minor has now provided satisfactory evidence that he has reached the age of majority and is entitled to the funds.

It is, therefore, **ORDERED, ADJUDGED AND DECREED** that the Clerk disburse and deliver to Christopher Gracia, social security number ending in 0222, the principal $8,449.38, plus accrued interest, held in the Court's Registry for his account, pursuant to the Final Judgment and any other Court Order entered in this case. The proceeds shall be sent to the address indicated in the motion.

DONE at Brownsville, Texas this the 27th day of September, 2007.

UNITED STATES DISTRICT JUDGE