# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**MICHAEL N. MILBY**
CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
OCT 1 0 2007
MICHAEL N. MILBY, CLERK OF COURT

J Stewart Bass
The Dent Law Firm
1300 Summit
Ste 700
Fort Worth  TX  76102

Case: 1:91-cv-00146   Instrument: 178   (1 pages)   aty
Date: Sep 28, 2007
Control: 070932477
Notice: The attached order has been entered.

## AUTHORIZATION TO SEND NOTICES
## BY FACSIMILE

In all cases where I appear as an attorney, the Clerk of the United States District Court for the Southern District of Texas may send me notices by facsimile transmission rather than mail.  See Fed.R.Civ.P. 77, Fed.R.Crim.P. 49, Fed.R.Bankr.P. 9022,9036.  For questions, please call (713) 250-5768.

This telephone line is dedicated for facsimile transmission:

Fax: (_____) _____

Name: _____

State Bar Number: _____

Signature: _____

**Complete ONLY information that is different from the address label:**

Firm: _____

Suite: _____

Street or P.O. Box: _____

City, State & Zip: _____

Business Telephone: (_____) _____

**Mail to:**   Attorney Admissions
United States District Clerk
P.O. Box 61010
Houston, TX 77208

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

7610274606009998
77208010100



Hasler

012H16202949
$00.410
Mailed From 10/01/2007
77002
US POSTAGE

United States Courts
Southern District of Texas
FILED
OCT 10 2007
Michael N. Milby, Clerk

NIXIE        750   DE   1         00  10/07/07
              RETURN TO SENDER
              ATTEMPTED - NOT KNOWN
              UNABLE TO FORWARD
BC: 7720810100         *2233-21278-01-36